**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| JOHN VASQUEZ,<br>      Individually, and on behalf of all others similarly situated,<br>            PLAINTIFFS,<br><br>v.<br><br>GREAT LAKES PROCESSING SERVICES, LLC,<br>and JASON GEORGE CHEBAT, individually,<br>      DEFENDANTS | Case No. 2:18-cv-194 |

## PLAINTIFF'S MOTION FOR DEAFULT JUDGMENT

Now Comes Plaintiff, John Miller ("Plaintiff"), by and through his undersigned attorneys and hereby applies for a default judgment against Defendants, Great Lakes Processing Services, LLC (hereinafter "Great Lakes") and Jason George Chebat (hereinafter "Chebat") (defendants hereinafter collectively referred to as "Defendants").

1. As a result of the conduct of Defendants as described in the Complaint, Plaintiff is entitled to statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and Tex. Fin. Code § 392.403.

2. Plaintiff seeks default judgment against Defendant Great Lakes in the amount of two thousand, eight hundred dollars ($2,800.00), representing statutory damages in the amount of one thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A) and statutory damages in the amount of one thousand, eight hundred dollars ($1,800.00) pursuant to Tex. Fin. Code § 392.403(e).

3. Plaintiff seeks default against Defendant Chebat in the amount of two thousand, eight hundred dollars ($2,800.00), representing statutory damages in the amount of one

1

thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A) and statutory damages in the amount of one thousand, eight hundred dollars ($1,800.00) pursuant to Tex. Fin. Code § 392.403(e).

4. Pursuant to Tex. Fin. Code § 392.403(a)(1), Plaintiff seeks an injunction against all Defendants enjoining them from attempting to collect consumer debts in Texas without a surety bond on file with the Texas Secretary of State as required Tex. Fin. Code § 392.101.

5. Plaintiff seeks judgment against all Defendants, joint and severally, in an additional amount of five thousand, two hundred, twenty-five dollars ($5,225.00) pursuant to 15 U.S.C. § 1692k(a)(1) and Tex. Fin. Code § 392.403(b), representing attorneys fees and costs. *See* Statement of Services attached as Exhibit 1.

6. Plaintiff requests post-judgment on the amounts determined as to each defendant at the then-current applicable rate (1.58% per annum as of today's date).

7. The amount of attorneys fees and costs requested is reasonable. See Affidavit of Jeffrey D. Wood, attached as Exhibit 2.

Date:  October 7, 2019

                                     Respectfully submitted,

                                     /s/ Jeffrey D. Wood
                                     Jeffrey D. Wood, Esq.
                                     Ark. Bar No. 025979
                                     The Wood Firm, PLLC
                                     11610 Pleasant Ridge Rd.
                                     Suite 103-Box 208
                                     Little Rock, AR  72223
                                     TEL:  682-651-7599
                                     FAX:  615-807-3344
                                     EMAIL:  jeff@jeffwoodlaw.com
                                     Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that, on October 7, 2019, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                      /s/ Jeffrey D. Wood
                                      Jeffrey D. Wood