**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| JOHN VASQUEZ,<br>    Individually, and on behalf of all others<br>    similarly situated,<br>        PLAINTIFFS,<br><br>v.<br><br>GREAT LAKES PROCESSING SERVICES, LLC,<br>and JASON GEORGE CHEBAT, individually,<br>    DEFENDANTS | Case No. 2:18-cv-194 |

**PLAINTIFF'S MOTION FOR DEAFULT JUDGMENT**

Now Comes Plaintiff, John Miller ("Plaintiff"), by and through his undersigned attorneys and hereby applies for a default judgment against Defendants, Great Lakes Processing Services, LLC (hereinafter "Great Lakes") and Jason George Chebat (hereinafter "Chebat") (defendants hereinafter collectively referred to as "Defendants").

1. As a result of the conduct of Defendants as described in the Complaint, Plaintiff is entitled to statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and Tex. Fin. Code § 392.403.

2. Plaintiff seeks default judgment against Defendant Great Lakes in the amount of two thousand, eight hundred dollars ($2,800.00), representing statutory damages in the amount of one thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A) and statutory damages in the amount of one thousand, eight hundred dollars ($1,800.00) pursuant to Tex. Fin. Code § 392.403(e).

3. Plaintiff seeks default against Defendant Chebat in the amount of two thousand, eight hundred dollars ($2,800.00), representing statutory damages in the amount of one

1

thousand dollars ($1,000.00) pursuant to 15 U.S.C. § 1692k(a)(2)(A) and statutory damages in the amount of one thousand, eight hundred dollars ($1,800.00) pursuant to Tex. Fin. Code § 392.403(e).

4. Pursuant to Tex. Fin. Code § 392.403(a)(1), Plaintiff seeks an injunction against all Defendants enjoining them from attempting to collect consumer debts in Texas without a surety bond on file with the Texas Secretary of State as required Tex. Fin. Code § 392.101.

5. Plaintiff seeks judgment against all Defendants, joint and severally, in an additional amount of five thousand, two hundred, twenty-five dollars ($5,225.00) pursuant to 15 U.S.C. § 1692k(a)(1) and Tex. Fin. Code § 392.403(b), representing attorneys fees and costs. *See* Statement of Services attached as Exhibit 1.

6. Plaintiff requests post-judgment on the amounts determined as to each defendant at the then-current applicable rate (1.58% per annum as of today's date).

7. The amount of attorneys fees and costs requested is reasonable. See Affidavit of Jeffrey D. Wood, attached as Exhibit 2.

Date:  October 9, 2019

> Respectfully submitted,
>
> /s/ Jeffrey D. Wood
> Jeffrey D. Wood, Esq.
> Ark. Bar No. 025979
> The Wood Firm, PLLC
> 11610 Pleasant Ridge Rd.
> Suite 103-Box 208
> Little Rock, AR  72223
> TEL:  682-651-7599
> FAX:  615-807-3344
> EMAIL:  jeff@jeffwoodlaw.com
> Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that, on October 9, 2019, a copy of the foregoing Motion for Default Judgment was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served through U.S. Mail, certified mail, return receipt requested to the last known address for each at the following:

Great Lakes Processing Services, LLC
c/o Jason George Chebat
7293 Paddock Ridge Rd.
North Tonawanda, NY  14120

Jason George Chebat
7293 Paddock Ridge Rd.
North Tonawanda, NY  14120

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.

3