United States District Court
Southern District of Texas
**ENTERED**
May 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOHN VASQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-194 |
| | § | |
| GREAT LAKES PROCESSING | § | |
| SERVICES, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DEFAULT JUDGMENT

Having considered the pleadings on file, the arguments of the parties and the applicable law, the Court finds that default judgment should be and hereby is granted in favor of John Vasquez against defendants as follows:

1. $2,800 from Great Lakes Processing Services, LLC pursuant to 15 U.S.C. § 1692k(a)(2)(A) and Tex. Fin. Code § 392.403(e);

2. $2,800 from Jason George Chebat pursuant to 15 U.S.C. § 1692k(a)(2)(A) and Tex. Fin. Code § 392.403(e);

3. $4,655 from Great Lakes Processing Services, LLC and Jason George Chebat, jointly and severally, and in addition to the amounts listed in paragraphs one (1) and two (2) above in attorneys fees and costs pursuant to 15 U.S.C. § 1692k(a)(3) and Tex. Fin. Code § 392.403(b); and

4. Post judgment interest in the amount of .17 percent per annum.

The Court further orders that Great Lakes Processing Services, LLC shall not hereafter attempt to collect consumer debts in Texas without a surety bond on file with the Texas Secretary of State as required by Tex. Fin. Code § 392.101;

The Court further orders that Jason George Chebat shall not hereafter attempt to collect consumer debts in Texas without a surety bond on file with the Texas Secretary of State as required by Tex. Fin. Code § 392.101.

ORDERED this 4th day of May, 2020.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE